# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2011

141457 & (48)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

STEVEN DANIEL SMOOT,
          Defendant-Appellant.

_____/

SC: 141457
COA: 289540
Grand Traverse CC:
08-010647-FH

By order of December 16, 2010, the prosecuting attorney was directed to answer the application for leave to appeal the June 1, 2010 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2011

_____
                    Clerk

h0928